IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE OHIO NATIONAL LIFE INSURANCE COMPANY,<br><br>     Plaintiff,<br><br> vs.<br><br>DEBRA L. ANDERSON, and DOUGLAS ANDERSON,<br><br>     Defendants. | 8:20-CV-29<br><br>ORDER |

This matter is before the Court on Plaintiff's Motion for Leave to Deposit Its Contractual Liability. Filing 3. In compliance with Fed. R. Civ. P. 67 and NECivR 67.1, Plaintiff seeks leave to deposit disputed funds which are the subject of the present interpleader action into the registry of the Court. Filling 3. Plaintiff admits its contractual liability in the amount of $67,733.49 but also notes interest on the principal contractual amount may apply. Filing 3 at 1, ¶ 2. Having considered the matter, the Court grants Plaintiff's request for leave to deposit $67,733.49. However, the Court reserves any determination of applicable interest and interpleading of such funds until the parties have fully litigated the merits of this action.

 IT IS ORDERED:

1. Plaintiff Ohio National Life Insurance Company's Motion for Leave to Deposit Its Contractual Liability, Filing 3, is granted;

2. Plaintiff may deposit a check in the amount of $67,733.49 with the Clerk of the Court for the United States District Court for the District of Nebraska;

3. The Clerk is directed to deposit the aforementioned funds into an interest-bearing account until further order of this Court pursuant to 28 U.S.C. § 2041 and NECivR 67.1.

Dated this 21st day of January, 2020.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge